OPINION — AG — ** INTOXICATING LIQUORS — SEIZED — DISPOSITION ** THIS OPINION DEALS WITH THE DISPOSITION OF THE NET PROCEEDS OF CERTAIN INTOXICATING LIQUOR THAT WAS SEIZED BY A PERSON WHO HAD PREVIOUSLY BEEN APPOINTED TO THE OFFICE OF MARSHALL OF AN INCORPORATED TOWN AND TO THE POSITION OF DEPUTY SHERIFF. (LAW ENFORCEMENT, POLICE, ALCOHOL, RAID, FORFEITURE, MUNICIPALITY, OFFICE, COUNTY) CITE: 51 O.S. 6 [51-6] (DUAL OFFICE), 37 O.S. 107 [37-107] (J. H. JOHNSON)